PETER A. LINDH (061907)
JENNIFER T. SANCHEZ (191548)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLIFTON MARSTON, | ) | Case No. C 06-7073 JL |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION COMPLETION DATE** |
| v. | ) ) | |
| MATSON NAVIGATION COMPANY, | ) ) | |
| Defendant. | ) ) ) ) ) | |

    The parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order requesting an extension of time to mediate.

    The parties stipulate and hereby request that the mediation completion deadline be continued until October 31, 2007 to allow the parties to complete certain discovery necessary for them to meaningfully participate in settlement discussions. The month extension will not affect other previously set deadlines, including the designation of experts, as follows:

| | EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|---|
| 1. | Mediation Completion | October 1, 2007 | October 31, 2007 |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION COMPLETION DATE
Case No. C 06-7073 JL; Our File No. 8001.67

| 2. | Completion of Fact Discovery | December 31, 2007 | |
| 3. | Expert Witness Disclosure | December 14, 2007 | |
| 4. | Designation of Rebuttal Expert Witnesses | January 4, 2008 | |
| 5. | Completion of Expert Witness Discovery | January 22, 2008 | |
| 6. | Case dispositive motion hearing deadline | January 6, 2008 | |

The parties are not requesting continuing the Final Pretrial conference currently set for April 1, 2008 or the trial date currently set for April 14, 2008, subject to Judge Larson's calendar.

Respectfully submitted,

DATED: July 24, 2007           GIBSON, ROBB & LINDH, LLP


By:   s/ PETER A. LINDH
      PETER A. LINDH
      Attorneys for Defendant
      MATSON NAVIGATION COMPANY, INC.


DATED: July 24, 2007           BIRNBERG & ASSOCIATES


By:   s/ CORY A. BIRNBERG
      CORY A. BIRNBERG
      Attorneys for Plaintiff
      CLIFTON MARSTON

ORDER

The parties having stipulated and good cause therefore appearing, the dates stipulated are adapted as set forth in the stipulation above.

Dated: July 26, 2007            _James Larson_
                                James Larson
                                United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION COMPLETION DATE
Case No. C 06-7073 JL; Our File No. 8001.67                      - 2 -