UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clifton Marston,<br><br>        Plaintiff,<br><br>        v.<br><br>Matson Navigation Company,<br><br>        Defendant.<br>_____/ | No. C 06-7073   JL<br><br>**ORDER TO MEET AND CONFER** |

Defendant noticed its motion for summary judgment (Docket # 22) for hearing on December 5, 2007. The Court received a letter from Plaintiff on November 1, 2007, informing the Court that Defendants had filed a Separate Statement of Undisputed Facts without meeting and conferring with Plaintiff to attempt to arrive at a Joint Statement of Undisputed Facts, as required by the Court's Standing Order at Part 9:

> "Motions for summary judgment in cases assigned to Magistrate Judge Larson for trial shall be accompanied by a statement of the material facts not in dispute supported by citations to admissible evidence. The parties shall file a joint statement of undisputed facts wherever possible. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Any party may then file a separate statement of the additional facts which the party contends are undisputed." (emphasis added).

**United States District Court**
For the Northern District of California

1  Plaintiff did not provide a copy to Defendant and Defendant did not respond to this
2  letter. However, this is an e-filing case and presumably Defendant had access to the letter.
3  Plaintiff asks the Court to either deny Defendant's motion outright, or, in the
4  alternative, to continue the hearing on the motion to the end of January, 2008, to give the
5  parties time to meet and confer and prepare a Joint Statement of Undisputed Facts.
6  The Court hereby continues the hearing on Defendant's motion to January 30, 2008
7  at 9:30 a.m. and orders the parties to meet and confer and prepare a statement in
8  compliance with the Court's Standing Order.
9  IT IS SO ORDERED.
10  DATED: November 16, 2007

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7073\Order meet and confer.wpd

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7073\Order meet and confer.wpd  2