BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA (SBN 212225)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
CLIFTON MARSTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON MARSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>MATSON NAVIGATION CO., INC.,<br>        Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C-06-7073-JL<br><br>**STIPULATION RE DISMISSAL**<br>**WITH PREJUDICE**<br>**[FRCP 41(a)]** |

      NOW COMES Plaintiff CLIFTON MARSTON and Defendant, MATSON

NAVIGATION CO., INC.**,** and pursuant to FRCP 41(a) hereby stipulate and agree to

dismiss this entire action with prejudice each party to bear their own costs and attorneys

fees.

      **SO STIPULATED:**

Dated: November 26, 2007         BIRNBERG & ASSOCIATES

                          By: _/s/ Cory A. Birnberg_____
                               Cory A. Birnberg
                               Attorneys for Plaintiff

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

1     Dated: November 26, 2007           GIBSON, ROBB, LINDH, LLP

2

3                                      By: _/s/ Peter Lindh_____

                                       Peter Lindh

4                                       Attorneys for Defendant

5

6   Dated: November 28, 2007

7

8                                 IT IS SO ORDERED

9                                        Judge James Larson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103

TEL (415) 398-1040
FAX (415) 398-2001